# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bury, David C. | U.S. District Court - Arizona | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
405 W. Congress, Suite 6170
Tucson, Arizona 85701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Property #1 mortgage |
| 2. | Partner | Rental Property #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/02/02 | Bury,Moeller,Humphrey & O'Meara Profit Sharing Plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MSSB:IRA (AGTHX) | A | Dividend | J | T | | | | | |
| 2. MSSB: IRA | | | | | | | | | |
| 3. --AIIEX Investco Internat'l Growth Fund Class A | A | Dividend | J | T | | | | | |
| 4. --AHITX American High Income Trust Fund Class A | A | Dividend | J | T | | | | | |
| 5. --AHTBX American High-Income Trust Fund Class B | A | Dividend | J | T | | | | | |
| 6. --ABNDX Bond Fund of America Class A | A | Dividend | K | T | | | | | |
| 7. --BFABX Bond Fund of America Class B | A | Dividend | J | T | | | | | |
| 8. --CWBFX(X) Capital World Bond Fund Class A | A | Dividend | J | T | | | | | |
| 9. --WBFBX Capital World Bond Fund Class B | A | Dividend | J | T | | | | | |
| 10. --INTC Common Intel Corporation | A | Dividend | J | T | | | | | |
| 11. --JNJ Common Johnson & Johnson | A | Dividend | J | T | | | | | |
| 12. MSSB▓▓▓ FMA | | | | | | | | | |
| 13. --NYVCX Davis New York Venture Fund Class C | | None | | | Sold | 01/18/11 | L | | |
| 14. --DGOCX Davis Opportunity Fund Class C | | None | | | Sold | 01/18/11 | K | | |
| 15. --FHI First Trust Strategic High Income Fund | | | | | Sold | 01/18/11 | J | | |
| 16. --HFLCX Hartford Floating Rate Fund CL-C | A | Dividend | | | Sold | 01/18/11 | J | | |
| 17. --HYMCX Lord Abbett High Yield Municipal Bond Fund | A | Int./Div. | | | Sold | 01/18/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --WAG Walgreen Co New | | None | | | Sold | 01/18/11 | J | | |
| 19. MSSB: ▓▓▓▓ FMA | | | | | | | | | |
| 20. --CDACDS Citibank NA SoDakota Bank Deposit Program -CDACYC | A | Interest | M | T | | | | | |
| 21. --AGTHX Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 22. --LAMAX Lord Abbett Capital Structure Fund Class A | A | Dividend | K | T | | | | | |
| 23. --NEE Nextera Energy Inc. | A | Dividend | K | T | | | | | |
| 24. --SMCWX Smallcap World Fund Class A | A | Dividend | J | T | | | | | |
| 25. --AWSHX Washington Mutual Investors Fund Class A | A | Dividend | K | T | | | | | |
| 26. --EOS Eaton Vance Enhanced Equity Income Fund II | A | Dividend | J | T | | | | | |
| 27. --EOS Eaton Vance Enhanced Equity | A | Distribution | J | T | | | | | |
| 28. --Eaton Vance Tax Managed Buy Write Opptnty Fund | A | Dividend | J | T | | | | | |
| 29. --Eaton Vance Tax Managed Buy Write Opptnys Fund | A | Distribution | J | T | | | | | |
| 30. --First TR Strategic High Income Fund II FHY | A | Dividend | | | Sold | 01/18/11 | J | | |
| 31. --Gamco Global Gold Natural Reso -GGN | A | Dividend | J | T | | | | | |
| 32. --Gamco Global Gold Natural Reso- GGN | A | Distribution | J | T | | | | | |
| 33. --Microsoft Corp MSFT | A | Dividend | J | T | | | | | |
| 34. --Nuveen Mun High Income Opportunity FD - NMZ | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --General Electric Co. GE | A | Dividend | J | T | | | | | |
| 36. --Mesa AZ Bond | A | Interest | J | T | | | | | |
| 37. --Mesa AZ Utility Sys Bond | A | Interest | J | T | | | | | |
| 38. --Salt River AZ | A | Interest | J | T | | | | | |
| 39. CHASE CHECKING ACCT | A | Interest | J | T | | | | | |
| 40. Bury, Moeller, Humphrey & O'Meara Profit Sharing Plan | E | Int./Div. | O | W | | | | | |
| 41. Private Mortgage (Property #1) | E | Interest | N | T | | | | | |
| 42. Mortgage #1 (Dankan) | A | Interest | K | W | | | | | |
| 43. Rental Property #2, Tucson, AZ | A | Rent | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/01/2012 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

REGARDING PART VII:

The following funds were moved from the first MSSB:    FMA (under line 12) to the second MSSB:    FMA (now listed under line 19):

CDACDS Citibank NA South Dakota Bank Deposit Program
EOS Eaton Vance Enhanced Equity Income Fund II
ETV Eaton Vance Tax-Managed Buy-Write Opptnys Fund
FHY First TR Strategic High Income Fund II
GGN Gamco Global Cold Natural Reso
MSFT Microsoft Corp
NMZ Nuveen Mun High Income Opportunity FD
GE General Electric Co
CDACYC Citibank NA Bank Deposit Program
Mesa AZ Bonds
Mesa AZ Utility Sys Bond
Salt River AZ

The CDACDS Citibank NA South Dakota Bank Deposit Program became a part of CDACYC Citibank NA Bank see line 20.

Line 41 "Private Mortgage (Property #1) debtor names are:
Patrick R. McNamara, Susan McNamara, J. Stephen Dix, Mary A. Dix, and Richard J. Forman.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Bury**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544